MARK J. RICE (124934)
MCNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway, Suite A
San Rafael, CA 94903
Telephone: (415) 472-3434
Facsimile: (415) 472-1298

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R & K ASSOCIATES, LLC, a California limited liability company; THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003, a California trust; KENNETH A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003; and PATRICIA A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003,<br><br>Defendants. | Case No. CV 10 2126 JL<br><br>ORDER UPON STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date: 9/1/10<br>Time: 10:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Magistrate Judge James Larson |

IT IS HEREBY STIPULATED by and between the parties in this action that the Case Management Conference previously set for August 25, 2010, has been continued to September 1, 2010 at 10:30 a.m. before Magistrate Judge James Larson in Courtroom F.

SO STIPULATED:

DATED: August 23, 2010          WOLKIN • CURRAN, LLP


By  /s/ James D. Curran
    James D. Curran

Attorneys for Plaintiff
FIRST NATIONAL MUTUAL INSURANCE COMPANY


DATED: August 23, 2010          McNEIL, SILVEIRA, RICE & WILEY


By  /s/ Mark J. Rice
    Mark J. Rice

Attorneys for Defendants
GEO GROUT, INC.; KENNETH A. THOLIN, individually and as Trustee; PATRICIA A. THOLIN, individually and as Trustee; ENRIQUE QUILES; ELIZABETH QUILES; R&K ASSOCIATES, LLC, THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003, a California trust


ORDER

Based upon the stipulation of the parties in this action, IT IS HEREBY ORDERED the Case Management Conference is rescheduled to Wednesday, September 1, 2010 at 10:30 a.m.

DATED: August 23, 2010                    /s/ James Larson
                                    Magistrate Judge James Larson

---

2

ORDER UPON STIPULATION CONTINUING CASE MANAGEMENT HEARING