**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| First National Insurance Co, | No. C 10-2126 JL |
| Plaintiffs, | **ORDER (Denying Docket # 27)** |
| v. | |
| GEO Grout, Inc, et al., | |
| Defendants. | |
| _____/ | |

    The Court received the parties' stipulated request for an Order Shortening Time, e-filed at Docket # 27, setting an expedited hearing date on Plaintiff's motion for summary judgment. Unfortunately, due to the exigencies of the Court's calendar, the first available day for hearing this motion is December 22, 2010, at 9:30 a.m.

    Accordingly, the request for an Order Shortening Time is denied.

    IT IS SO ORDERED.

DATED: October 14, 2010

                                                          _____
                                                          James Larson
                                                  United States Magistrate Judge

G:\JLALL\CASES\CIVIL\10-2126\no OST.wpd        1