EXHIBIT 2

Project: San Pablo Dam Seismic Project, El Sobrante, CA

Owner: East Bay Municipal Utilities District
General: Sukut Construction

## Amount Due to Geo Grout

| Description | Amount Due | Notes |
| --- | --- | --- |
| Progress Payments | $160,495.66 | Per letter No. 023 |
| Disputed Credits | $59,994.09 | December 2009 Pay Application |
| GGI's CO01 | $41,733.03 | Cost Sharing Remedial Columns |
| GGI's CO02 | $58,418.56 | Reg. Overtime and Weekend time |

**Total Due**    $320,641.34

Geo Grout, Inc.                             ** ACCOUNTS RECEIVABLE **                                    Page   1
                                              OPEN INVOICE REPORT                                       11/02/10
                                                    To-Date

AGEING DATE:  11/02/10   (Also used to determine "Available Discounts")

CUSTOMER:  2264 — SUKUT CONSTRUCTION, INC.        (714) 540-5351        LAST PAY: 01/12/10      37,078.79
                                                  —— BALANCE DUE ——     —— RETENTION ——       — NET DUE —      —— PAY ——
 TRAN #   INV DATE   INV NUMBER / COMMENT  JOB #  DUE DATE     AMOUNT   AGE         AMOUNT          AMOUNT   PAY    AMOUNT

094-0002  06/19/09   08-2264-01 & 02      226408  07/19/09       0.00             6,896.20
215-0001  06/19/09   ADJ-INV#2            226408  07/19/09       0.01   471         474.83            0.01
260-0001  07/21/09   08-2264-3  REVISED   226408  08/20/09       0.00             9,617.65
382-0001  08/20/09   08-2264-04           226408  09/19/09   50,119.19   409     24,960.80       50,119.19
555-0001  09/30/09   09-2264-5            226408  10/30/09       0.00            14,068.55
113-0001  11/30/09     ERIC REV.INV#5     226408  12/30/09       0.00           -14,068.55
113-0002  11/30/09   REV.09-2284-05       226408  12/30/09   44,280.00   307      4,920.00       44,280.00
220-0001  12/28/09   INV#6 REVISED        226408  01/27/10   17,304.28   279      1,922.70       17,304.28

        CUSTOMER TOTALS:                  8 Invoices         111,703.48          48,792.18      111,703.48

AGEING OF       ——CURRENT    ——OVERDUE    ——30+        ——60+         ——90+   RETENTION:      48,792.18
BALANCE DUE:        0.00         0.00      0.00         0.00     111,703.48   GROSS BAL:     160,495.66



*Ground Modifications Specialists*

# Request for Change Order

January 21, 2010

Change Order No: 02
Our Job No. 22764-08

Sam Halloum
Sukut Construction, Inc.
6533 San Pablo Dam Rd
El Sobrante, CA 94803

**Project:** Jet Grouting, San Pablo Dam Seismic Upgrade Project, El Sobrante, California.

WE ARE HEREBY REQUESTING THE FOLLOWING CHANGE ORDER TO THE SUBCONTRACT AGREEMENT PER ATTACHED AUGUST 13, 2009 EMAIL

PER SUKUT'S REQUEST TO ACCELERATE JET GROUTING INSTALLATION:

1. **For Geo Grout's Labor Cost to Install Jet Grouted Columns.**
   (Including Regular Overtime and Weekend Time)      $ 48,162.95

2. **For EnGeo's Quality Control and Engineering Services.**      $ 10,255.61
   (Including Regular Overtime and Weekend Time)

                          **Total Change Order Amount:**     **$ 58,418.56**

*Back-up files attached.

All other terms and condition of the Contract Agreement remain unchanged

Approved by:
Sukut/EBMUD                         Geo Grout, Inc.

_____    _____       _____    1-21-2010
Authorized Signature      Date          Eric Luong          Date

*California Contractor's License #A696663; A, C-61 & D-30  Also Licensed in: Nevada, Oregon, Washington, Hawaii, and Arizona*

263 South Maple Avenue    South San Francisco, CA 94080-6305    650 872•1556    1 800•GO GROUT    Fax 650 872•1558

**Rick Quiles**

**From:** Ronald Bane [rbane@sukut.com]
**Sent:** Thursday, August 13, 2009 4:12 PM
**To:** Sam Halloum; eric@geogroutinc.com; rick@geogroutinc.com
**Cc:** Michael Mulich; Monica Conforto
**Subject:** RE: OT for Saturday Work

All,
We just got the go-ahead for Sat work.
Ron

**From:** Sam Halloum
**Sent:** Thursday, August 13, 2009 3:32 PM
**To:** eric@geogroutinc.com; rick@geogroutinc.com
**Cc:** Michael Mulich; Monica Conforto; Ronald Bane
**Subject:** OT for Saturday Work

Eric,

Sukut will cover OT costs for Saturday, if we get it approved to work on Saturday from the District. This is a separate request for OT that we have requested from the District in order to cover OT during the regular work week. We have submitted this request to the District and have not received a response from them regarding this issue.

FYI, the check for the June pay application was mailed on Tuesday meaning you should receive it any day now. We are awaiting payment from the District for the month of July and we will send that out as soon as we receive it. Your invoice has been approved by Mike already.

Sincerely,

Sam Halloum

Sam Halloum
Project Engineer | San Pablo Dam Seismic Upgrades

Sukut Construction, Inc.
6533 San Pablo Dam Road
El Sobrante, CA 94803

Mobile: 925-586-3154
Fax: 714-957-4624
shalloum@sukut.com

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.54/2300 - Release Date: 08/13/09 06:11:00

1/15/2010