EXHIBIT 4

G. **LIENS** – Subcontractor shall pay for all materials, equipment, including repairs thereof and parts, fuel and labor, including sales taxes and other taxes, ordered for or used in the project by Subcontractor and shall suffer no claim of lien or statutory withholding notice to be filed or served with respect to the subcontract work and shall present, on demand, to Contractor satisfactory evidence of any such payment. Subcontractor shall at all times indemnify and save Contractor, Contractor's sureties and The District harmless against all liability for claims and liens for labor performed or materials used or furnished to be used on the job, including any costs and expenses for attorneys' fees and all incidental or consequential damages resulting to Contractor or The District from such claims or liens. Further, in case suit on such claims is brought, Subcontractor shall defend said suit at his own cost and expense, and will pay and satisfy any such lien or judgment as may be established by the decision of the court in said suit. Subcontractor agrees within ten (10) days after written demand to cause the effect of any suit or lien to be removed from the premises, and in the event Subcontractor shall fail so to do, Contractor is authorized to use whatever means in its discretion it may deem appropriate to cause said lien or suit to be removed or dismissed and the cost thereof, together with reasonable attorney's fees, shall be immediately due and payable to Contractor by Subcontractor. Subcontractor may litigate any such lien or suit provided he causes the effect thereof to be removed, promptly in advance, from the premises, and shall further do such things as may be necessary to cause The District not to withhold any monies due to Contractor from The District by reason of such liens or suits.

It is understood and agreed that the full and faithful performance of the Subcontract on the part of Subcontractor (including the payment of any obligations due from Subcontractor to Contractor and any amounts due to labor or materialmen furnishing labor or material for said work) is a condition precedent to Subcontractor's right to receive payment for the work performed and any monies paid by Contractor to Subcontractor under the terms of this Subcontract shall be impressed with a trust in favor of labor and materialmen furnishing labor and material to Subcontractor on the work herein subcontracted.

H. **RECOURSE BY CONTRACTOR** – In the event that Subcontractor at any time refuses or neglects to supply a sufficient number of properly skilled workmen or a sufficient quantity of materials of proper quality, or be adjudicated a bankrupt, or files an arrangement proceeding or commits any act of insolvency, or makes an assignment for benefit of creditors without Contractor's consent, or fails to make prompt payment to his materialmen and laborers, or fails in any respect to properly and diligently prosecute the work covered by this Subcontract, or becomes delinquent with respect to contributions or payment required to be made to any Health and Welfare, Pension, Vacation, Apprenticeship or other employee benefit program or trust or fails to fulfill any of the provisions of Section J of these General Subcontract Provisions by him to be performed, or otherwise fails to perform fully any and all of the agreements herein contained, Contractor may, at his option (1) after giving forty eight (48) hours written notice to Subcontractor, provide any such labor and materials as may be necessary and deduct the cost thereof from any money then due or thereafter to become due to the Subcontractor, under this Subcontract, or (2) terminate Subcontractor's right to proceed with the work and in that event, Contractor shall have the right to enter upon the premises of the project and take possession, for the purpose of completing the work included under this Subcontract, of all materials, tools, and appliances of Subcontractor, and may employ any other person or persons to finish the work and provide the materials therefore.

In the event Subcontractor's right to perform is terminated for cause and it is determined that such termination was improper or wrongful, it is agreed that the termination shall then be deemed to have been a termination for convenience pursuant to Section I below.

Contractor may withhold, or on account of subsequently discovered evidence, nullify the whole or a part of any payment under Section 4 to such extent as may be necessary to protect Contractor from loss, including costs and attorney's fees, on account of (1) defective work not remedied; (2) claims filed or reasonable evidence indicating probable filing of claim; (3) failure of Subcontractor to make payments properly to his subcontractors or for material, labor, or for fringe benefits; (4) a reasonable doubt that this Subcontract can be completed for the balance then unpaid; (5) damage to another Subcontractor.

When the above grounds are removed, such amounts as are then due and owing shall be paid or credited to Subcontractor.

I. **TERMINATION OF AGREEMENT** – In the event the prime contract is terminated prior to its completion or is never executed, Subcontractor shall be entitled only to payment for the work actually completed by it at the pro rate of the price herein set forth unless Contractor itself receives additional compensation or damages on account of such termination, in which event, Subcontractor shall be entitled to such proportion of the additional compensation or damages actually received as is equitable under all of the circumstances. Nothing herein contained shall require Contractor to make any claim against The District for such additional compensation or damages in the event of termination before completion or failure to execute, and it is specifically agreed that the failure of Contractor to prosecute any such claim against The District shall not entitle Subcontractor to any claim for additional compensation or damages against Contractor.

Notwithstanding the preceding paragraph, Contractor may at any time and for any reason terminate this Subcontract upon three (3) days written notice. Upon receipt of such notice, Subcontractor shall, unless the notice directs otherwise, immediately discontinue the work and the placing of orders for materials in connection with the performance of this Subcontract, and shall, if, requested, make every reasonable effort to procure cancellation of all existing orders or subcontracts upon terms satisfactory to Contractor, or at the option of Contractor, give Contractor the right to assume those obligations directly, including all benefits to be derived

therefrom. Subcontractor shall thereafter do only such work as may be necessary to preserve and protect the work already in progress. In the event of termination without cause, Subcontractor shall be entitled to payment only as follows:

- Cost of the work actually completed in conformity with this Subcontract; plus
- 15% of costs referred to above, for overhead and profit.

There shall be deducted from such sums as provided in this paragraph the amount of any payments made to Subcontractor prior to the date of termination of this Subcontract. Subcontractor shall not be entitled to any claim, or claim of lien, against Contractor or against The District for any additional compensation or damages in the event of such termination and payment.

In the event this Subcontract is terminated for cause, Subcontractor shall not be entitled to receive any further payment until the work undertaken by Contractor in his prime contract is completely finished. At that time, if the amounts earned but not paid Subcontractor before said termination exceed the expenses incurred by Contractor in finishing Subcontractor's work, any excess shall be paid by Contractor to Subcontractor; but if such expense shall exceed the said amount earned and unpaid, Subcontractor shall promptly pay to Contractor the amount by which the expense exceeds said sum. The expense incurred by Contractor, as just referred to, shall include Contractor's expense for furnishing materials, for finishing the work, for attorney's fees, and any damages incurred by Contractor by reason of Subcontractor's default, plus a markup of fifteen percent (15%) for overhead and profit on any and all of such expenses, and Contractor shall have a lien upon all materials, tools and appliances taken possession of, as aforesaid, to secure the payment thereof. The notice referred to in this paragraph will be sufficient and complete when mailed to Subcontractor at his address shown in this Subcontract.

Contractor may terminate this Subcontract in the event that Subcontractor, or any of his subcontractors, is listed by the Administrative Office of the various Employee Fringe Benefit Trusts, including but not limited to Health and Welfare, Pension, Vacation, or Apprenticeship Trusts, as being delinquent in payment or payments to any such trust, regardless of the project in connection with which the delinquency or delinquencies occurred. Such termination shall be construed to be a termination for cause. With respect to any and all payments to be made by Contractor to said Subcontractor under this Subcontract, Contractor at his option may issue joint checks payable to Subcontractor and any of the Employee Fringe Benefit Trusts referred to herein to the extent necessary to assure that payments required from Subcontractor or any of his Subcontractors with respect to work performed under this Subcontract are paid.

J.  **LABOR RELATIONS** – Employment of labor by Subcontractor shall be affected under conditions which are satisfactory to Contractor. Subcontractor shall remove or cause to have removed from the project any employee or employees who are considered unsatisfactory by Contractor. Subcontractor shall keep an English-speaking representative at the job site during all times when Subcontractor's work is in progress, and such representative shall be authorized to represent Subcontractor as to all phases of the work. Prior to commencement of the work, Subcontractor shall notify Contractor in writing who Subcontractor's representative is to be, and in the event of any change of representative Subcontractor shall notify Contractor who the new representative is to be prior to such change becoming effective.

Subcontractor, to the extent permissible under federal and any applicable state laws, shall comply with, and be bound by all the terms and provisions of any labor agreements executed by Contractor or on Contractor's behalf (including the International Union of Operating Engineers, the Laborers' International Union of North America, the International Brotherhood of Teamsters and the Operative Plasterers' and Cement Masons' International Association), including trust fund payments into the respective trust funds set forth in the respective labor agreements, and in particular agrees to comply with the terms and provisions of said agreements setting forth the jurisdiction and the scope of work claimed by each of such crafts and the procedure contained therein for resolution of jurisdictional disputes. In the absence of any such procedure, or if such procedure fails to promptly resolve the jurisdictional dispute, Subcontractor agrees, at his own cost and expense, upon request of Contractor, to take any and all lawful steps to secure a binding and final determination of said jurisdictional dispute by the National Labor Relations Board. Subcontractor further promises and agrees that he will bind and require all of his Subcontractors and their Subcontractors performing job site work of the type covered by any of the labor agreements specified above to agree to all of the foregoing promises and undertakings, to the same effect as herein provided with respect to him. Subcontractor will indemnify and hold harmless Contractor from and against any liability, loss, damage, cost, claims, awards, judgments, fines, expenses, including litigation expenses, reasonable attorney's fees and any other costs which may be incurred by the Contractor resulting from Subcontractor's failure to fulfill the covenant set forth in this paragraph.

Should there be picketing on the Contractor's job site, and the Contractor establishes a reserved gate for the Subcontractor's purposes, it shall be the obligation of the Subcontractor to continue the proper performance of his work without interruption or delay.

K.  **LAYOUT RESPONSIBILITY** – Contractor shall establish principal axis lines and levels whereupon Subcontractor shall lay out and shall be strictly responsible for the accuracy of his work, for the coordination of his work with others, and for any loss or damage to other contractors engaged in work on the site by reason of failure of Subcontractor to set out or perform his work correctly or to coordinate his work with the work of others. Subcontractor shall exercise prudence in laying out and performing the subcontract work so that the actual conditions and details shall result in perfect alignment of finished surfaces.