James D. Curran, Esq.     SBN 126586
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328
E-mail:      JCurran@WolkinCurran.com

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

*IT IS SO ORDERED*
*Judge James Larson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R & K ASSOCIATES, LLC, a California limited liability company; THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003, a California trust; KENNETH A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003; and PATRICIA A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003,<br><br>    Defendants. | Case No. 3:10-cv-02126-JL<br><br>**NOTICE OF WITHDRAWAL OF FIRST NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    December 22, 2010<br>Time:    9:30 a.m.<br>Location:  Courtroom F, 15th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, California<br>Judge:   Honorable James Larson |

Pursuant to Rule 7-7(e) of the Local Rules of Practice for the United States District Court, Northern District of California, Plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("First National"), hereby withdraws its Motion for Summary

1.

Judgment, without prejudice, filed on October 12, 2010 (Document 28, refiled as Document 61), and set for hearing before this Court on December 22, 2010, at 9:30 a.m.

Dated: December 6, 2010

WOLKIN • CURRAN, LLP

By: */s/ James D. Curran*

James D. Curran

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY OF AMERICA