**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10
11   First National Insurance Co,                    No. C 10-2126  JL
12              Plaintiffs,                           **ORDER DISMISSING CASE**
13         v.
14   GEO Grout, Inc, et al.,
15              Defendants.
     _____/
16
          The parties hereto, by their counsel, having advised the court that they have agreed to
17
     a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be
18
     dismissed with prejudice; provided, however that if any party hereto shall certify to this
19
     court, within ninety days, with proof of service thereof, that the agreed consideration for
20
     said settlement has not been delivered over, the foregoing order shall stand vacated and
21
     this cause shall forthwith be restored to the calendar to be set for trial.
22
23
     DATED: March 21, 2011
24
25   _____
                    James Larson
26             United States Magistrate Judge
27
28