James D. Curran, Esq.        SBN 126586
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
E-mail:          JCurran@WolkinCurran.com

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R & K ASSOCIATES, LLC, a California limited liability company; THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003, a California trust; KENNETH A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003; and PATRICIA A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003,<br><br>                    Defendants. | Case No.  3:10-cv-02126-JL<br><br>[~~Proposed~~] **ORDER VACATING ORDER DISMISSING CASE**<br><br>Date:    TBD<br>Time:    TBD<br>Courtroom:     F; 15th Floor<br>Judge:   Honorable James Larson |

Based on the ex parte motion filed by Plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA (Document 88) to vacate the *Order Dismissing Case*, dated March 22, 2011 (Document 86), the Stipulation (Document 89), and Notice of Non-

1.

1  Opposition (Document 90) to that motion and the relief sought (specifically, vacating the
2  Order dismissing the case, Document 86) filed by Defendants Geo Grout, Inc.; Kenneth A.
3  Tholin; Patricia A. Tholin; Enrique Quiles; Elizabeth Quiles; R & K Associates, LLC; The
4  Tholin Revocable Trust Dated March 19, 2003; Kenneth A. Tholin, as Trustee for The
5  Tholin Revocable Trust Dated March 19, 2003; and Patricia A. Tholin, as Trustee for The
6  Tholin Revocable Trust Dated March 19, 2003 (collectively, "Defendants"), and good cause
7  appearing therefore, the Court orders as follows:

     The *Order Dismissing Case*, dated March 21, 2011 (Document 86), is hereby vacated.

     **IT IS SO ORDERED.**

Dated: ~~April~~ May __6__, 2011

_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE