```
James D. Curran, Esq.      SBN 126586
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328
E-mail:      JCurran@WolkinCurran.com

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY OF AMERICA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R & K ASSOCIATES, LLC, a California limited liability company; THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003, a California trust; KENNETH A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003; and PATRICIA A. THOLIN, as Trustee for The Tholin Revocable Trust Dated March 19, 2003,<br><br>　　　　Defendants. | Case No. 3:10-cv-02126-JL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND REQUEST FOR CONTINUANCE OF THE MAY 25, 2011 CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　May 25, 2011<br>Time:　　　10:30 am<br>Courtroom:　F; 15th Floor<br>Judge:　Magistrate Judge James Larson |

　　　　Plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("First National"), and Defendants GEO GROUT, INC. ("Geo Grout"), KENNETH A. THOLIN, PATRICIA A. THOLIN, ENRIQUE QUILES, ELIZABETH QUILES, R & K

1.

1  ASSOCIATES, LLC, THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003
2  (collectively, "Defendants") submit the following Joint Case Management Statement and
3  Request for Continuance of the May 25, 2011 Case Management Conference:
4      First National and Defendants are still working through the issues related to the
5  agreements reached during the December 2, 2010 mediation. First National and Defendants
6  believe the remaining issues can be resolved without the Court's assistance. On that basis,
7  First National and Defendants request the Case Management Conference set for May 25,
8  2011 be continued for at least thirty (30) days, on a date most convenient for the Court's
9  calendar.  Case management conference continued to July 27, 2011, 10:30 am

11 Dated:   May 18, 2011                         WOLKIN • CURRAN, LLP

                                By:         /s/ James D. Curran
                                         James D. Curran

Attorneys for Plaintiff

FIRST NATIONAL MUTUAL INSURANCE COMPANY


Dated:   May 18, 2011                         MCNEIL SILVEIRA RICE WILEY & WEST

                                By:  /s/ Mark John Rice (as authorized on 5/18/11)
                                         Mark John Rice

Attorneys for Defendants

GEO GROUT, INC.; KENNETH A. THOLIN, individually and as Trustee; PATRICIA A. THOLIN, individually and as Trustee; ENRIQUE QUILES; ELIZABETH QUILES; R & K ASSOCIATES, LLC; THE THOLIN REVOCABLE TRUST DATED MARCH 19, 2003
Plaintiff

FIRST NATIONAL MUTUAL INSURANCE COMPANY

**SO ORDERED**

*[signature]*

**JAMES LARSON**
**U.S. MAGISTRATE JUDGE**

2.